IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KIRBY BARONVILLE,

    Petitioner,

vs.                                CASE NO. 5:11-cv-12/RS-CJK

PAIGE AUGUSTINE,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 13) and Petitioners' Response (Doc. 14). I have considered the response *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED with prejudice**, as Petitioner has not demonstrated entitlement to proceed under that section.

3. The Clerk is directed to close the file.

**ORDERED** on  June 19, 2012.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**